BEN PATRICK (SBN 244092)
Ben.Patrick@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., | Case No. 1:14−CV−00857−BAM |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE RULE 26(f) CONFERENCE CURRENTLY SET FOR AUGUST 25, 2014** |
| v. | |
| APEX DIRECTIONAL DRILLING, LLC, | |
| Defendant. | |

Plaintiff MP Nexlevel of California, Inc. and Defendant Apex Directional Drilling, LLC, through their attorneys of record, stipulate as follows:

1. The parties are currently scheduled to appear before the Court for a Mandatory Scheduling Conference on Tuesday, August 26, 2014 at 9:00 a.m. (see docket entry 2).

2. The Court's June 6, 2014 order setting the Mandatory Scheduling Conference also requires that the parties meet and confer on the items set forth in the order no later than 20 days prior to the hearing, or August 6, 2014 (see docket entry 2).

3. Plaintiff MP Nexlevel of California's ("MP Nexlevel") complaint in this matter was served on Defendant Apex Direction Drilling, LLC ("Apex") on June 6, 2014 (see docket entry 4).

4. Pursuant to the stipulation of the parties, Apex's answer to the complaint is not due until July 25, 2014 (see docket entry 5).

5. Because of the agreed-to extension of Apex's deadline to answer MP Nexlevel's Complaint, and due to the complex factual and legal issues presented by this case, the parties will not be prepared to meaningfully meet and confer on all the items outlined in the Court's June 6, 2014 Order by the August 6, 2014 deadline to conduct that meeting.

6. Therefore, MP Nexlevel and Apex hereby stipulate, and request that the Court order, that the August 26, 2014 Mandatory Scheduling Conference be rescheduled for a date ideally no earlier than September 15, 2014.

7. Rule 16(b)(2) of the Federal Rules of Civil Procedure requires that a scheduling order be issued "within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared." 120 days after the June 6, 2014 service of MP Nexlevel's complaint on Apex is October 3, 2014. If the June 26, 2014 filing of the parties' stipulation extending Apex's time to answer is counted as an "appearance" for the purposes of Rule 16(b)(2), 90 days thereafter is September 24, 2014. Therefore, the parties' request does not violate the scheduling requirements set by Rule 16.

IT IS SO STIPULATED

Dated: July 28, 2014                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Ben Patrick*
Ben Patrick, Esq. (SBN 244092)
Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.

Dated: Authorized July 21, 2014     **WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Patrick Schoenburg*
David F. Wood, Esq. (SBN 68063)
Patrick S. Schoenburg, Esq. (SBN 162842)
Attorneys for Defendant
APEX DIRECTIONAL DRILLING, LLC

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the mandatory Scheduling Conference is continued from August 26, 2014 to **October 15, 2014 at 8:30 a.m** in Department 8, before Judge Barbara A. McAuliffe.

<u>The telephonic status conference to discuss the procedures in light of the Sacramento designation and Magistrate Judge jurisdiction set for **August 5, 2014 at 10:00 a.m**. shall remain on calendar as set.</u>

IT IS SO ORDERED.

Dated:   **July 28, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE