David A. Rabbino, CA State Bar #182291
  Direct Dial:  503.802.2144
  Direct Fax:  503.972.3844
  Email:  david.rabbino@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

Attorneys for Defendant Apex Directional Drilling, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> APEX DIRECTIONAL DRILLING, LLC, <br><br> Defendant. | Case No.  1:14−CV−00857−JAM-BAM <br><br> **STIPULATION AND  ORDER TO RESCHEDULE RULE 26(f) CONFERENCE** <br> **AS MODIFIED BY THE COURT** |

  Defendant Apex Directional Drilling, LLC, and Plaintiff MP Nexlevel of California, Inc through their attorneys of record, stipulate as follows:

  1. Pursuant to Judge Mendez's Order, Dkt. 16, the parties are required to meet and confer within 60 days of the service of the complaint as required by Rule 26(f) to prepare and submit to the Court a joint status report and discovery plan.

  2. Defendant Apex has filed a motion to dismiss, presently set for hearing on September 17, 2014 (Dkt. 18).  The parties have met and conferred, and agree that postponing the Rule 26(f) conference and preparation of the required joint status report until after the Court rules on the pending motion is in their collective interest and would save time and resources.

  3. If Apex's motion is denied, the parties request that the Court schedule the Mandatory Scheduling Conference no sooner than sixty (60) days after issuing its decision, and the parties agree they will then proceed to conduct the required meet and confer and would have

the required joint status report and discovery plan prepared in advance of the status conference.

4. Therefore, Apex and MP Nexlevel hereby stipulate, and request that the Court order that: i) the parties may postpone preparation of the required Rule 26(f) Joint Status Report until a time after the Court decides Apex's pending motion to dismiss; and, ii) should the Court deny Apex's motion to dismiss, the Mandatory Scheduling Conference be rescheduled for a date ideally no earlier than sixty (60) days after the Court's ruling.

IT IS SO STIPULATED

Dated:  August 29, 2014                         **TONKON TORP, LLP**

                                                */s/ David Rabbino*
                                                David Rabbino, Esq. (SBN 181291)
                                                Attorneys for Defendant
                                                APEX DIRECTIONAL DRILLING, LLC

Dated:  Authorized August 29, 2014              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                                */s/ Ben Patrick*
                                                Ben Patrick, Esq. (SBN 244092)
                                                Attorneys for Plaintiff
                                                MP NEXLEVEL OF CALIFORNIA, INC.

## ORDER

The foregoing Stipulation of the parties is hereby approved, and pursuant to the Stipulation, IT IS HEREBY ORDERED that:

    i) the parties may postpone preparation of the required Rule 26(f) Joint Status Report until a time after the Court decides Apex's pending motion to dismiss; and,

    ii) should the Court deny Apex's motion to dismiss, the parties shall file their joint status report no later than sixty (60) days after the Court's ruling on the motion to dismiss.

BY THE COURT:

Dated: 8/29/2014

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

035940/00017/5851109v1