BEN PATRICK (SBN 244092)
BPatrick@GordonRees.com
**GORDON & REES, LLP**
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Plaintiff
MP NEXLEVEL OF CALIFORNIA, INC.
and Third-Party Defendant
WESTERN SURETY COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MP NEXLEVEL OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> APEX DIRECTIONAL DRILLING, LLC, <br><br> Defendant. | Case No. 1:14-CV-00857-JAM-BAM <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| APEX DIRECTIONAL DRILLING, LLC, <br><br> Counter-Claimant and Third-Party Plaintiff, <br><br> v. <br><br> MP NEXLEVEL OF CALIFORNIA, INC., and WESTERN SURETY COMPANY, <br><br> Counter-Claim Defendant and Third-Party Defendant. | |

**WHEREAS,** Plaintiff MP Nexlevel of California, Inc. ("MPN"), Defendant Apex Directional Drilling, LLC ("Apex"), and Third-Party Defendant Western Surety Company ("Western") have entered into a Settlement Agreement and Partial Mutual Release;

**NOW THEREFORE**, MPN, Western, and Apex enter into the following Stipulation.

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**

# STIPULATION

MPN, Western, and Apex, by and through its undersigned attorneys, stipulate to the dismissal without prejudice of all claims in the above-captioned action. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), MPN, Western and Apex request an Order of the Court dismissing without prejudice all claims.

Dated: March 13, 2015

**GORDON & REES, LLP**
By: /s/ Ben Patrick, Esq.
Ben Patrick, Esq. (SBN: 244092)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900
Facsimile: 415-986-8054
BPatrick@GordonRees.com

*Attorneys for Plaintiff MP Nexlevel of California, Inc. and Third-Party Defendant Western Surety Co.*

Dated: March 12, 2015

**TONKON TORP, LLP**
By: /s/ David Rabbino, Esq.
David A. Rabbino, Esq. (SB# 182291)
88 SW 5th Avenue, Suite 1600
Portland, OR 97204
Telephone:   503-802-2144
Facsimile:    503-274-8779
David.Rabbino@Tonkon.com

*Attorneys for Apex Directional Drilling, LLC*

1  This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff MP Nexlevel of California, Inc., Defendant Apex Directional Drilling, LLC, and Third-Party Defendant Western Surety Company.  That Stipulation is hereby **GRANTED AS REQUESTED,** and this matter is dismissed without prejudice.

Dated:  3/13/2015

/s/ John A. Mendez
United States District Court Judge